FILED ENTERED
LODGED RECEIVED
OCT 08 2026
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN THE MATTER OF THE CRIMINAL COMPLAINT AND ARREST WARRANT FOR RICARDO HUNTER** | **Case No.** 1:26-mj-2721-CDA |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Deputy U.S. Marshal Kemal Konur, having been first duly sworn, declare and state as follows:

### PURPOSE OF THE AFFIDAVIT

1. I make this affidavit in support of a criminal complaint and arrest warrant against charging Richardo Hunter ("HUNTER") with violations of Title 18, U.S.C. § 751(a) (Escape from Custody) (the "TARGET OFFENSE"). Based on the facts set forth in this affidavit, there is probable cause to believe that HUNTER has committed the TARGET OFFENSE.

### BACKGROUND

2. I am a Deputy United States Marshal (DUSM) with the United States Marshals Service (USMS) for the District of Maryland. As such, I am an "federal law enforcement officer" within the meaning of Rule 41 of the Federal Rules of Criminal Procedure, that is, a government agent engaged in enforcing the criminal laws [who] is within any category of officers authorized by the Attorney General to request a search warrant.

3. I have been employed with USMS since April 2020, at which time I completed 12 weeks of the Criminal Investigator Training Program and 8 weeks of Basic Deputy United States Marshal Academy in Glynco, Georgia. Upon completion of my training, I was assigned to work as a Deputy U.S. Marshal for the District of Maryland - Baltimore.

4. As a DUSM, I am charged with enforcing all laws in all jurisdictions of the United States, its territories, and possessions. I have been a member of the USMS for six years and have investigated numerous fugitive cases related to violent crimes. I have arrested subjects wanted for murder, assault with intent to kill, robbery, and numerous drug-related offenses.

5. I am familiar with the facts and circumstances of this investigation through my personal participation, from discussions with other law enforcement officers, and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided to me by another member of the law enforcement officer or witness I believe had reliable knowledge of that statement. Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, have not included details of every aspect of the investigation. I have not, however, omitted information known to me that would defeat a determination of probable cause.

**PROBABLE CAUSE**

6. On February 4, 1977, HUNTER was convicted of Murder II and Armed Robbery in the Superior Court for the District of Columbia (Case No: 68869-76). As a result of this conviction, HUNTER was sentenced to a period of 60 years' imprisonment in the Federal Bureau of Prisons (BOP) with supervision to follow.

7. On September 1, 2026, the BOP transferred HUNTER to the Residential Re-Entry Center (RRC) located at the Volunteers of America, 5000 East Monument St, Baltimore, Maryland to serve the remainder of his federal sentence.

8. On September 18, 2026, at approximately 8:00 a.m., HUNTER signed out of the RRC on an approved day pass to A Wider Circle, located at 4008 Atlantic Street SE, Washington, D.C. HUNTER was scheduled to return at 5:00 pm and failed to return as required. Calls made to

HUNTER's cell phone and his emergency contact were both unsuccessful.

9. On September 21, 2026, BOP issued an escape notice to the United States Marshals Service for HUNTER, classifying him as an escaped federal prisoner.

**CONCLUSION**

10. I respectfully request that the Court issue a criminal complaint and arrest warrant charging HUNTER with the TARGET OFFENSE.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information, and belief.

Deputy U.S. Marshal Kemal Konur
United States Marshals Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this 8th day of October 2026.

Honorable Charles D. Austin
United States Magistrate Judge